**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Flexogenix Group, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3082975** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **400 Ashville Avenue, Suite 330**<br>**Cary, NC 27518**<br>Number, Street, City, State & ZIP Code | **PO Box 125**<br>**Artesia, CA 90702**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Wake**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.flexogenix.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Flexogenix Group, Inc.**                                    Case number (*if known*) _____
      Name

**7.**   **Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

   B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
     http://www.uscourts.gov/four-digit-national-association-naics-codes.

     ____

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Central District of California** | When | **3/18/19** | Case number | **2:19-bk-12927-BR** |
| District | | When | | Case number | |

Debtor    **Flexogenix Group, Inc.** _____    Case number (*if known*) _____
      Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

    Contact name _____

    Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Flexogenix Group, Inc.**                                      Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **Flexogenix Group, Inc.**                                    Case number *(if known)* _____
         Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/12/2023**
              MM / DD / YYYY

X _____        **Iris Whalen**
   Signature of authorized representative of debtor    Printed name

Title   **President**

---

**18. Signature of attorney**

X   **/s/ Jeremy W. Faith**                    Date   **10/12/2023**
    Signature of attorney for debtor                  MM / DD / YYYY

**Jeremy W. Faith**
Printed name

**Margulies Faith LLP**
Firm name

**16030 Ventura Blvd., Suite 470**
**Encino, CA 91436**
Number, Street, City, State & ZIP Code

Contact phone   **(818) 705-2777**        Email address   **Jeremy@MarguliesFaithLaw.com**

**190647 CA**
Bar number and State

Debtor   **Flexogenix Group, Inc.**
      Name

Case number (*if known*) _____

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **Flexogenix Georgia, PC** | | | Relationship to you | **Affiliate** |
| --- | --- | --- | --- | --- | --- |
| District | **Central District of California** | When | **3/18/19** | Case number, if known | **2:19-bk-12930-BR** |
| Debtor | **Flexogenix North Carolina, PC** | | | Relationship to you | **Affiliate** |
| District | **Central District of California** | When | **3/18/19** | Case number, if known | **2:19-bk-12929-BR** |
| Debtor | **Flexogenix Oklahoma, PC** | | | Relationship to you | **Affiliate** |
| District | **Central District of California** | When | **3/18/19** | Case number, if known | **2:19-bk-12931-BR** |
| Debtor | **Whalen Medical Corporation DBA Flexogenix, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Central District of California** | When | **3/18/19** | Case number, if known | **2:19-bk-12928-BR** |

# WRITTEN CONSENT OF DIRECTORS OF
# FLEXOGENIX GROUP, INC.,
# A CALIFORNIA CORPORATION

The undersigned, being all of the directors of Flexogenix Group, Inc., a California corporation (the "Company"), hereby adopts the following resolutions, as authorized by unanimous written consent:

**WHEREAS**, it is in the best interests of the Company, its creditors, shareholders and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 subchapter v of title 11, United States Code (the "Bankruptcy Code"); therefore, it is

**RESOLVED**, that the Company be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 subchapter v of the Bankruptcy Code; and it is

**RESOLVED**, that Iris Whalen, the President of the Company, be and hereby is authorized to:

a.    Execute and verify or certify on behalf of the Company a petition under chapter 11 subchapter v and to cause the same to be filed in the appropriate United States Bankruptcy Court at such time as she shall determine is appropriate; and

b.    Execute and file all petitions, schedules, lists, statements and other papers and to take any and all action that she deems necessary, proper or desirable in connection with the chapter 11 subchapter v case for the Company with view toward the successful completion of the case; and

c.    Take all actions, including, without limitation, the retention of counsel, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties and obligations, as the Company may have as a debtor under chapter 11 subchapter v of the Bankruptcy Code and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED**, that the Company be, and hereby is, authorized to employ the law firm of Margulies Faith LLP, or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the chapter 11 subchapter v case for the Company.

Dated:    10/12/2023          _____
                                                        Iris Whalen, President

Dated:    10/12/2023          _____
                                                        Sean P. Whalen, Director

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Flexogenix Group, Inc., Chapter 11, Case No. 2:19-bk-12927-BR, filed 3/18/2019, currently pending in the Central District of California, Debtor**

**Whalen Medical Corporation DBA Flexogenix, Inc., Chapter 11, Case No. 2:19-bk-12928-BR, filed 3/18/2019, currently pending in the Central District of California, Affiliate**

**Flexogenix North Carolina, PC, Chapter 11, Case No. 2:19-bk-12929-BR, filed 3/18/2019, currently pending in the Central District of California, Affiliate**

**Flexogenix Georgia, PC, Chapter 11, Case No. 2:19-bk-12930-BR, filed 3/18/2019, currently pending in the Central District of California, Affiliate**

**Flexogenix Oklahoma, PC, Chapter 11, Case No. 2:19-bk-12931-BR, filed 3/18/2019, currently pending in the Central District of California, Affiliate**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Flexogenix Group, Inc., Chapter 11, Case No. 2:19-bk-12927-BR, filed 3/18/2019, currently pending in the Central District of California, Debtor**

**Whalen Medical Corporation DBA Flexogenix, Inc., Chapter 11, Case No. 2:19-bk-12928-BR, currently pending in the filed 3/18/2019, Central District of California, Affiliate**

**Flexogenix North Carolina, PC, Chapter 11, Case No. 2:19-bk-12929-BR, filed 3/18/2019, currently pending in the Central District of California, Affiliate**

**Flexogenix Georgia, PC, Chapter 11, Case No. 2:19-bk-12930-BR, filed 3/18/2019, currently pending in the Central District of California, Affiliate**

**Flexogenix Oklahoma, PC, Chapter 11, Case No. 2:19-bk-12931-BR, filed 3/18/2019, currently pending in the Central District of California, Affiliate**

**Sean P. Whalen, Chapter 7, Case No. 2:14-bk-31007-RN, filed 11/4/2014, closed 11/10/2015, Central District of California, Insider**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                           *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Charlotte_____, North Carolina.

Date:    __**10/12/2023**_____

**Iris Whalen**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                    *Page 2*        **F 1015-2.1.STMT.RELATED.CASES**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td><td></td></tr>
<tr><td>Debtor name</td><td><strong>Flexogenix Group, Inc.</strong></td><td rowspan="3">☐ Check if this is an</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION</strong></td></tr>
<tr><td>Case number (if known):</td><td>_____</td></tr>
</table>

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>PO BOX 981535<br>El Paso, TX<br>79998-1535 | | Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927 | | | | $666,276.69 |
| American Express<br>PO BOX 981535<br>El Paso, TX<br>79998-1535 | | Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927 | | | | $118,929.06 |
| American Express<br>PO BOX 981535<br>El Paso, TX<br>79998-1535 | | Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927 | | | | $111,574.24 |
| Bacon Health Corp/CG Medical Device Services<br>4 Lauren Ave South<br>Huntington Station, NY 11746 | | Business debt | | | | $83,416.52 |
| Bioventus<br>4721 Emperor Blvd Suite 100<br>Durham, NC 27703 | | Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927 | | | | $530,775.00 |
| Chase Ink Card Services<br>PO BOX 15298<br>Wilmington, DE 19850 | | Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927 | | | | $64,010.37 |

Debtor  **Flexogenix Group, Inc.**                                     Case number *(if known)* _____

      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase Sapphire Card Services PO BOX 15298 Wilmington, DE 19850** | | **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927** | | | | **$74,603.52** |
| **Fidia Pharma USA Inc. 100 Campus Drive Suite 105 Florham Park, NJ 07932** | | **Supplies** | | | | **$842,497.00** |
| **Fidia Pharma USA Inc. 100 Campus Drive Suite 105 Florham Park, NJ 07932** | | **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927** | | | | **$741,054.00** |
| **Genzyme Corporation 450 Water Street Cambridge, MA 02141** | | **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927** | | | | **$263,553.00** |
| **Griffin Communications LLC dba KWTV-TV 7401 North Kelley Ave Oklahoma City, OK 73111** | | **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927** | | | | **$105,676.25** |
| **Harris Mink Farms 24790 Kenridge Road Caldwell, ID 83607** | | **Rent** | | | | **$110,735.50** |
| **Internal Revenue Service PO BOX 7346 Philadelphia, PA 19101-7346** | | **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927** | | | | **$345,775.25** |
| **J&J Health Care Systems, Inc 5972 Collections Center Dr Chicago, IL 60693** | | **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927** | | | | **$224,634.84** |

Debtor   **Flexogenix Group, Inc.**                                    Case number *(if known)*  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **J&J Healthcare Systems, Inc 5972 Collections Center Dr Chicago, IL 60693** | | **Business debt** | | | | **$154,077.00** |
| **Pac Western Financial LLC 222 S Main Street 5th Floor Salt Lake City, UT 84101** | | **All accounts receivables, receipts, instruments, contract rights, and other rights to receive payment of money, patents, chattel paper** | | **$163,000.00** | **$0.00** | **$163,000.00** |
| **Pac Western Financial LLC 222 S Main Street 5th Floor Salt Lake City, UT 84101** | | **All accounts receivables, receipts, instruments, contract rights, and other rights to receive payment of money, patents, chattel paper** | | **$54,000.00** | **$0.00** | **$54,000.00** |
| **WCNC/WFMY c/o CCR 20 Broad Hollow Road Suite 1002 Melville, NY 11747** | | **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927** | | | | **$130,841.25** |
| **WNCN 33096 Collections Center Drive Chicago, IL 60693** | | **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927** | | | | **$74,810.00** |
| **WSB-TV 1601 West Peachtree Street NE Atlanta, GA 30309** | | **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927** | | | | **$239,721.95** |

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re  **Flexogenix Group, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Iris Whalen**<br>**PO BOX 125**<br>**Artesia, CA 90702** | | **82.5%** | **Shareholder** |
| **Jack Miletic**<br>**420 Washington Avenue, Apt. 203**<br>**Santa Monica, CA 90403** | | **1%** | **Shareholder** |
| **Sean Whalen**<br>**PO BOX 125**<br>**Artesia, CA 90702** | | **15%** | **Shareholder** |
| **Thomas Howard**<br>**2754 Lake Waccamaw Trail**<br>**Apex, NC 27502** | | **1.5%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **10/12/2023**

Signature

**Iris Whalen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**Fill in this information to identify the case:**

Debtor name    **Flexogenix Group, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*................................................................................    $      **0.00**

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*...........................................................................    $      **201,184.61**

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.............................................................................    $      **201,184.61**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **298,961.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................    $      **79,108.69**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      **6,058,626.35**

4.    **Total liabilities** .................................................................................................................
     Lines 2 + 3a + 3b    $      **6,436,696.04**

| Fill in this information to identify the case: |
|---|

Debtor name **Flexogenix Group, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, N.A.** | **Checking** | **8783** | **$100.00** |
| 3.2. | **Wells Fargo Bank, N.A.** | **Checking** | **8791** | **$69.69** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                     | $169.69 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit held by Maple One Partners, LLC for lease of commercial space located at 1414 Yanceyville Street, Suite 200, Greensboro, NC 27405** | **$10,995.00** |

Debtor    **Flexogenix Group, Inc.**                                    Case number *(If known)* _____
Name

|  | **Security Deposit held by Harris Mink Farms LLC for lease of commercial space located** | |
|--|--|--|
| 7.2. | **at 9300 N. Kelley Avenue, Oklahoma City, OK 73131** | $20,535.07 |

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                           | $31,530.07 |
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|--|--|--|--|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **See attached Inventory list** | | $135,831.85 | Cost | $135,831.85 |

---

23.    **Total of Part 5.**                                                                          | $135,831.85 |
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value    49,290.00    Valuation method    **Cost**    Current Value    49,290.00

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Flexogenix Group, Inc.**                                    Case number *(If known)* _____
_____
Name

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

|  | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See attached Office Furniture List** | **$0.00** | Liquidation | **$1,372.00** |
| 40. | **Office fixtures** |  |  |  |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See attached Office Equipment/Computers list** | **$0.00** | Liquidation | **$1,015.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |  |  |  |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$2,387.00** |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

|  | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** |  |  |  |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |  |  |  |
| 49. | **Aircraft and accessories** |  |  |  |

| Debtor | **Flexogenix Group, Inc.** | Case number *(If known)* | |
|--------|----------------------------|--------------------------|--|
| | <sub>Name</sub> | | |

| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | | |
|-----|------|------|------|------|------|
| | See attached Other Equipment list | $0.00 | Liquidation | | $31,266.00 |

**51.**    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$31,266.00

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Lease of Commercial space located at 6836 Morrison Blvd., Suite 101, Charlotte, NC 28211** | Lease of property | $0.00 | | $0.00 |
| 55.2.   **Lease of Commercial space located at 1414 Yanceyville Street, Ste. 200, Greensboro, NC 27405** | lease of property | $0.00 | | $0.00 |
| 55.3.   **Lease of Commercial space located at 9300 N. Kelley Ave., Oklahoma City, OK 73131** | lease of property | $0.00 | | $0.00 |
| 55.4.   **Lease of Commercial space located at 400 Ashville Ave., Ste. 330, Cary, NC 27518** | lease of property | $0.00 | | $0.00 |

Debtor   **Flexogenix Group, Inc.**                                  Case number *(if known)* _____
         Name

---

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Registered Service mark: VISCARE-FLEX**<br>**Reg. No. 5,227,621**<br>**Registered June 20, 2017** | **$0.00** | | **$0.00** |
| **Registered Service mark: KINETI-FLEX**<br>**Reg. No. 5,227,620**<br>**Registered June 20, 2017** | **$0.00** | | **$0.00** |
| **Registered Trademark/Service mark:**<br>**FLEXOGENIX**<br>**Reg. No. 4,996,388**<br>**Registered July 12, 2016** | **$0.00** | | **$0.00** |
| **Registered Service mark: NON-SURGICAL**<br>**SOLUTIONS FOR AN ACTIVE LIFESTYLE**<br>**Reg. No. 4,981,880**<br>**Registered June 21, 2016** | **$0.00** | | **$0.00** |
| **Registered Trademark:**<br>**Flexogenix**<br>**Stylized with color and orange cross on the right side**<br>**Trademark has been published for opposition, awaiting notice of allowance** | **$0.00** | | **$0.00** |
| 61. **Internet domain names and websites**<br>**Website domain name - www.flexogenix.com** | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties**<br>**Corporation Registration issued by State of**<br>**California Secretary of State** | **$0.00** | | **$0.00** |

Debtor    **Flexogenix Group, Inc.**                                      Case number *(If known)* _____
          <sub>Name</sub>

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                    | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| **The Hartford - Workers' Compensation** | $0.00 |
| **Travelers - Commercial Liability** | $0.00 |
| **Travelers - Umbrella Liability** | $0.00 |

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    **Flexogenix Group, Inc.**
      Name

Case number *(If known)* _____

---

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Debtor    **Flexogenix Group, Inc.**                                Case number *(If known)* _____
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $169.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $31,530.07 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $135,831.85 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,387.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $31,266.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $201,184.61 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $201,184.61 |

## Flexogenix Group, Inc.

| Inventory | | |
|---|---|---|
| **Inventory Type** | **Location** | **Value** |
| Braces | Cary, NC Clinic | $ 17,881.21 |
| Injectables | Cary, NC Clinic | $ 25,951.00 |
| Medical Procedure Kit | Cary, NC Clinic | $ 1,050.00 |
| Medical Supply | Cary, NC Clinic | $ 15,887.22 |
| Braces | Charlotte, NC Clinic | $ 9,641.10 |
| Injectables | Charlotte, NC Clinic | $ 21,695.00 |
| Medical Procedure Kit | Charlotte, NC Clinic | $ 1,050.00 |
| Medical Supply | Charlotte, NC Clinic | $ 9,850.02 |
| Braces | Greensboro, NC Clinic | $ 7,941.82 |
| Injectables | Greensboro, NC Clinic | $ 8,217.33 |
| Medical Procedure Kit | Greensboro, NC Clinic | $ 3,449.00 |
| Medical Supply | Greensboro, NC Clinic | $ 13,218.15 |
| | **Inventory Total** | **$ 135,831.85** |

## Flexogenix Group, Inc.

| Equipment Type | Description | Location | Value |
|---|---|---|---|
| | **Office Furniture** | | |
| Furniture | Black Desks | Charlotte, NC Clinic | $ 10.00 |
| Furniture | Black Leather Chairs | Charlotte, NC Clinic | $ 10.00 |
| Furniture | Black Leather Sofas | Charlotte, NC Clinic | $ 10.00 |
| Furniture | Desks | Greensboro, NC Clinic | $ 50.00 |
| Furniture | Ipad Holder & Cup Holder | Greensboro, NC Clinic | $ 10.00 |
| Furniture | Lobby chairs | Cary, NC Clinic | $ 230.00 |
| Furniture | Love Seats | Cary, NC Clinic | $ 50.00 |
| Furniture | Love Seats | Greensboro, NC Clinic | $ 20.00 |
| Furniture | Non-rolling chairs | Cary, NC Clinic | $ 190.00 |
| Furniture | Rolling desk chairs | Cary, NC Clinic | $ 50.00 |
| Furniture | Rolling Desk Chairs | Greensboro, NC Clinic | $ 90.00 |
| Furniture | Stools | Cary, NC Clinic | $ 50.00 |
| Furniture | TENS Chairs | Cary, NC Clinic | $ 130.00 |
| Misc | blue rolling stool | Greensboro, NC Clinic | $ 30.00 |
| Misc | Desk lamps | Greensboro, NC Clinic | $ 40.00 |
| Misc | Floor standing coat/hat rack | Greensboro, NC Clinic | $ 10.00 |
| Misc | Ikea chairs | Greensboro, NC Clinic | $ 60.00 |
| Misc | Ikea high top table | Greensboro, NC Clinic | $ 10.00 |
| Misc | Ikea regular height table | Greensboro, NC Clinic | $ 10.00 |
| Misc | Lobby chairs | Greensboro, NC Clinic | $ 210.00 |
| Misc | metal file cabinets | Greensboro, NC Clinic | $ 1.00 |
| Misc | Mobile computer carts | Greensboro, NC Clinic | $ 10.00 |
| Misc | Mobile desk units | Greensboro, NC Clinic | $ 30.00 |
| Misc | Small desk | Greensboro, NC Clinic | $ 10.00 |
| Misc | Umbrella holder | Greensboro, NC Clinic | $ 1.00 |
| Misc | Vertical book shelfs | Greensboro, NC Clinic | $ 50.00 |
| | | **Office Furniture Total** | **$ 1,372.00** |

**Flexogenix Group, Inc.**

| Equipment Type | Description | Location | Value |
|---|---|---|---|
| Copier | Canon Printer Pixa | Charlotte, NC Clinic | $ 10.00 |
| Copier | Canon Printer Pixa | Charlotte, NC Clinic | $ 10.00 |
| Copier | HP Office Jet 8620 Printer | Charlotte, NC Clinic | $ 10.00 |
| Copier | HP ScanJet 2500 | Greensboro, NC Clinic | $ 20.00 |
| Copier | Kyocera Printer | Charlotte, NC Clinic | $ 10.00 |
| Copier | Ricoh MP C401 | Oklahoma City, OK Clinic | $ 10.00 |
| Desktop | Dell | Cary, NC Clinic | $ 10.00 |
| Desktop | Dell | Greensboro, NC Clinic | $ 10.00 |
| Desktop | Dell Inspiron 3847 | Cary, NC Clinic | $ 10.00 |
| Desktop | Dell Optiflex 3040 | Cary, NC Office | $ 10.00 |
| Desktop | Dell Optiflex 3040 | Cary, NC Clinic | $ 10.00 |
| Desktop | Dell Optiflex 3040 | Cary, NC Office | $ 10.00 |
| Desktop | Dell OptiPlex 3060 | Oklahoma City, OK Clinic | $ 10.00 |
| Desktop | Dell OptiPlex 3060 | Oklahoma City, OK Clinic | $ 10.00 |
| Desktop | HP | Cary, NC Clinic | $ 10.00 |
| Desktop | HP | Cary, NC Clinic | $ 10.00 |
| Desktop | HP | Cary, NC Clinic | $ 10.00 |
| Desktop | HP 18 All in One | Charlotte, NC Clinic | $ 10.00 |
| Desktop | HP 223 (new 7/2018) | Charlotte, NC Clinic | $ 10.00 |
| Desktop | HP 223 (new 7/2018) | Charlotte, NC Clinic | $ 10.00 |
| Desktop | HP- NEW | Cary, NC Clinic | $ 10.00 |
| Desktop | HP Prodesk | Cary, NC Office | $ 10.00 |
| Desktop | Lenovo C40-05 | Charlotte, NC Clinic | $ 10.00 |
| Desktop | Lenovo Desktop | Greensboro, NC Clinic | $ 10.00 |
| Desktop | Optiplex 3040 Micro Form Factor BTX Item # 210-AFWE | Greensboro, NC Clinic | $ 10.00 |
| Laptop | Dell | Greensboro, NC Clinic | $ 10.00 |
| Laptop | Dell Inspiron 3558 | Cary, NC Office | $ 10.00 |
| Laptop | Dell Laptop Inspiron 15 3000 series | Charlotte, NC Clinic | $ 10.00 |
| Laptop | Dell Laptop Latitude 3560 | Charlotte, NC Clinic | $ 10.00 |
| Laptop | Dell Latitude | Greensboro, NC Clinic | $ 10.00 |
| Laptop | Dell Latitude | Greensboro, NC Clinic | $ 10.00 |
| Laptop | Dell Latitude 3560 | Cary, NC Clinic | $ 10.00 |
| Laptop | Dell Latitude 3560 | Cary, NC Office | $ 10.00 |
| Laptop | Dell Latitude 3570 BTX Item #210-AEXH | Greensboro, NC Clinic | $ 10.00 |
| Laptop | Dell Latitude 3570 BTX Item #210-AEXH | Greensboro, NC Clinic | $ 10.00 |
| Laptop | Dell Latitude 3590 | Cary, NC Office | $ 10.00 |
| Laptop | Dell Latitude 3590 | Cary, NC Office | $ 10.00 |
| Laptop | Dell Latitude 3590 | Oklahoma City, OK Clinic | $ 10.00 |
| Laptop | Dell Latitude 3590 | Oklahoma City, OK Clinic | $ 10.00 |
| Laptop | Dell Latitude 3590 | Oklahoma City, OK Clinic | $ 10.00 |
| Laptop | Dell Latitude 3590 | Oklahoma City, OK Clinic | $ 10.00 |
| Laptop | Dell Latitude 3590 XCTO | Charlotte, NC Clinic | $ 10.00 |
| Laptop | Dell Lattitude 3590 | Cary, NC Office | $ 10.00 |

| Office Equipment/Computers | | | |
|---|---|---|---|
| **Equipment Type** | **Description** | **Location** | **Value** |
| Laptop | HP | Cary, NC Clinic | $ 10.00 |
| Laptop | HP 15 I305DX Notebook | Charlotte, NC Clinic | $ 10.00 |
| Laptop | HP 355 G2 Laptop | Oklahoma City, OK Clinic | $ 10.00 |
| Laptop | HP Intel Core i5 | Cary, NC Office | $ 10.00 |
| Laptop | HP Probook | Cary, NC Clinic | $ 10.00 |
| Laptop | HP ProBook | Greensboro, NC Clinic | $ 10.00 |
| Laptop | HP Probook | Cary, NC Office | $ 10.00 |
| Laptop | HP Probook 440 G4 | Charlotte, NC Clinic | $ 10.00 |
| Laptop | HP ProBook 440 G4 | Cary, NC Office | $ 10.00 |
| Laptop | LENOVO | Cary, NC Clinic | $ 10.00 |
| Laptop | Lenovo | Cary, NC Clinic | $ 10.00 |
| Laptop | Lenovo 80E3 | Cary, NC Office | $ 10.00 |
| Laptop | Lenovo Thinkpad NJ03 | Greensboro, NC Clinic | $ 10.00 |
| Laptop | MacBook Air | Cary, NC Office | $ 10.00 |
| Laptop | MacBook Pro | Cary, NC Clinic | $ 10.00 |
| Misc | Brother label maker | Greensboro, NC Clinic | $ 1.00 |
| Misc | Canon C3325i | Greensboro, NC Clinic | $ 50.00 |
| Misc | Dell Docking Station | Cary, NC Office | $ 10.00 |
| Misc | Dirt devil vacuum | Greensboro, NC Clinic | $ 1.00 |
| Misc | hole punch | Greensboro, NC Clinic | $ 1.00 |
| Misc | HP scanner | Greensboro, NC Clinic | $ 10.00 |
| Misc | Plantronics Headset | Cary, NC Office | $ 1.00 |
| Misc | Plantronics Headset | Cary, NC Office | $ 1.00 |
| Misc | Plastic 3 drawer cart | Greensboro, NC Clinic | $ 10.00 |
| Misc | Royal Soverign Laminating machine | Greensboro, NC Clinic | $ 10.00 |
| Misc | Scanner | Cary, NC Clinic | $ 10.00 |
| Misc | ScanShell ID card scanner | Greensboro, NC Clinic | $ 5.00 |
| Misc | Wall mount magazine holder | Greensboro, NC Clinic | $ 5.00 |
| Misc | Water Cooler | Cary, NC Clinic | $ 5.00 |
| Misc | Water Cooler | Cary, NC Clinic | $ 5.00 |
| Misc | Webcam | Cary, NC Office | $ 1.00 |
| Monitor | Dell E2216GHF | Cary, NC Office | $ 10.00 |
| Monitor | Dell E2216GHF | Cary, NC Office | $ 10.00 |
| Monitor | Dell Monitor | Cary, NC Office | $ 10.00 |
| Phone | 8x8 | Cary, NC Office | $ 1.00 |
| Phone | 8x8 | Cary, NC Office | $ 1.00 |
| Phone | 8x8 Phone | Cary, NC Office | $ 1.00 |
| Phone | 8x8 Phone | Cary, NC Office | $ 1.00 |
| Phone | 8x8 Phone | Cary, NC Office | $ 1.00 |
| Phone | 8x8 Phone | Cary, NC Office | $ 1.00 |
| Phone | 8x8 Phone | Cary, NC Office | $ 1.00 |
| Phone | 8x8 Phone | Cary, NC Office | $ 1.00 |
| Phone | 8x8 Phone | Cary, NC Office | $ 1.00 |
| Phone | 8x8 Phones | Cary, NC Clinic | $ 24.00 |
| Phone | 8x8 Phones | Charlotte, NC Clinic | $ 6.00 |

| Office Equipment/Computers | | | | |
|---|---|---|---|---|
| **Equipment Type** | **Description** | **Location** | **Value** | |
| Phone | Apple IPhone 7 | Greensboro, NC Clinic | $ | 10.00 |
| Printer | HP OfficeJet Pro 7740 | Cary, NC Clinic | $ | 20.00 |
| Printer | HP Officejet Pro 8710 | Cary, NC Office | $ | 10.00 |
| Tablet | iPad 4 Silver | Cary, NC Clinic | $ | 10.00 |
| Tablet | iPad 4th Generation | Charlotte, NC Clinic | $ | 10.00 |
| Tablet | iPad 4th Generation | Charlotte, NC Clinic | $ | 10.00 |
| Tablet | iPad 4th Generation | Charlotte, NC Clinic | $ | 10.00 |
| Tablet | iPad 4th Generation | Charlotte, NC Clinic | $ | 10.00 |
| Tablet | iPad 4th Generation | Greensboro, NC Clinic | $ | 10.00 |
| Tablet | iPad 5th Generation | Cary, NC Clinic | $ | 20.00 |
| Tablet | iPad 5th Generation | Cary, NC Clinic | $ | 20.00 |
| Tablet | iPad 5th Generation | Cary, NC Clinic | $ | 20.00 |
| Tablet | iPad 5th Generation | Cary, NC Clinic | $ | 20.00 |
| Tablet | iPad 5th Generation | Cary, NC Clinic | $ | 20.00 |
| Tablet | iPad Air 2 wi-fi 16 GB Space Gray | Greensboro, NC Clinic | $ | 10.00 |
| Tablet | iPad Air 2 wi-fi 16 GB Space Gray | Greensboro, NC Clinic | $ | 10.00 |
| Tablet | iPad Pro 9.7 inch wi-fi 32 GB Gold | Greensboro, NC Clinic | $ | 10.00 |
| | | **Office Equipment/Computers Total** | **$** | **1,015.00** |

**Flexogenix Group, Inc.**

| Other Equipment | | | |
|---|---|---|---|
| **Equipment Type** | **Description** | **Location** | **Value** |
| C-arm | Mini C-Arm - Hologic | Greensboro, NC Clinic | $ 2,000.00 |
| C-arm | Mini C-Arm - Hologic | Greensboro, NC Clinic | $ 2,000.00 |
| C-arm | Mini C-Arm - Hologic | Oklahoma City, OK Clinic | $ 2,000.00 |
| C-arm | Mini C-Arm - Hologic | Oklahoma City, OK Clinic | $ 2,000.00 |
| C-arm | Mini C-Arm - Hologic | Oklahoma City, OK Clinic | $ 2,000.00 |
| C-arm | Mini C-Arm - Hologic | Oklahoma City, OK Clinic | $ 2,000.00 |
| C-arm | Mini C-Arm - Hologic | Oklahoma City, OK Clinic | $ 2,000.00 |
| C-arm | Mini C-ARM Hologic | Cary, NC Clinic | $ 2,000.00 |
| C-arm | Mini C-ARM Hologic | Cary, NC Clinic | $ 2,000.00 |
| C-arm | Mini C-ARM Hologic | Cary, NC Clinic | $ 2,000.00 |
| C-arm | Mini C-ARM Hologic | Cary, NC Clinic | $ 2,000.00 |
| C-arm | Mini C-ARM Hologic | Charlotte, NC Clinic | $ 2,000.00 |
| C-arm | Mini C-ARM Hologic | Charlotte, NC Clinic | $ 2,000.00 |
| C-arm | Mini C-ARM Hologic | Charlotte, NC Clinic | $ 2,000.00 |
| KF Equipment | sets of clips | Charlotte, NC Clinic | $ 1.00 |
| KF Equipment | Ankle Weights Various weight | Cary, NC Clinic | $ 10.00 |
| KF Equipment | Ankle Weights Various weight | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Assault Bike | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Balance ball | Greensboro, NC Clinic | $ 5.00 |
| KF Equipment | Barbell rack | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Barbells | Charlotte, NC Clinic | $ 25.00 |
| KF Equipment | Bariatric Mat Table | Cary, NC Clinic | $ 10.00 |
| KF Equipment | Bariatric Mat Table | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Battle rope | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Bench | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Big hurdles | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Bosu balance trainer | Greensboro, NC Clinic | $ 5.00 |
| KF Equipment | Bosu ball | Cary, NC Clinic | $ 5.00 |
| KF Equipment | BOSU ball | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | boxes | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Cardon Rehab/Speed Pulley | Charlotte, NC Clinic | $ 50.00 |
| KF Equipment | Cones | Charlotte, NC Clinic | $ 5.00 |
| KF Equipment | cross symmetry bands | Charlotte, NC Clinic | $ 1.00 |
| KF Equipment | Cybex Prestige Leg Press | Charlotte, NC Clinic | $ 50.00 |
| KF Equipment | Dumbbell rack | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Dumbells 1lb - 10lbs | Greensboro, NC Clinic | $ 20.00 |
| KF Equipment | Dumbells Various weight | Cary, NC Clinic | $ 25.00 |
| KF Equipment | Dumbells Various weight | Charlotte, NC Clinic | $ 25.00 |
| KF Equipment | Floor agility ladder | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | FMS Equipment set | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | foam balance block | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Foam Rollers | Cary, NC Clinic | $ 1.00 |
| KF Equipment | foam rollers | Charlotte, NC Clinic | $ 10.00 |

| Other Equipment | | | |
|---|---|---|---|
| **Equipment Type** | **Description** | **Location** | **Value** |
| KF Equipment | Hausmann mobile dumbbell weight holder (2) | Greensboro, NC Clinic | $ 10.00 |
| KF Equipment | hurdles | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Kettle bells | Cary, NC Clinic | $ 10.00 |
| KF Equipment | Kettlebells | Charlotte, NC Clinic | $ 25.00 |
| KF Equipment | Leg Press | Cary, NC Clinic | $ 50.00 |
| KF Equipment | Looped TheraBand's | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Massage stick roller | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Medicine balls | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Parallel Bars | Cary, NC Clinic | $ 10.00 |
| KF Equipment | Parallel dip station bars | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Parrellel bars | Greensboro, NC Clinic | $ 10.00 |
| KF Equipment | Physioball | Cary, NC Clinic | $ 5.00 |
| KF Equipment | PhysioStep LXT/Recumbent Stepper | Charlotte, NC Clinic | $ 50.00 |
| KF Equipment | Plates (various weights) | Charlotte, NC Clinic | $ 25.00 |
| KF Equipment | Plyometric boxes | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | PT Mat Tables | Cary, NC Clinic | $ 10.00 |
| KF Equipment | PT Mat Tables | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | PT treatment tables | Greensboro, NC Clinic | $ 30.00 |
| KF Equipment | Recumbent Stepper- NuStep | Cary, NC Clinic | $ 50.00 |
| KF Equipment | Resistance bands | Charlotte, NC Clinic | $ 1.00 |
| KF Equipment | Rower | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Scale | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Slam balls | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Sled | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Spri Xercuffs | Charlotte, NC Clinic | $ 1.00 |
| KF Equipment | Squat rack | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Stability balls | Charlotte, NC Clinic | $ 5.00 |
| KF Equipment | stability disk | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Stepping platform and risers | Cary, NC Clinic | $ 5.00 |
| KF Equipment | Strap | Charlotte, NC Clinic | $ 1.00 |
| KF Equipment | Tennis Balls | Charlotte, NC Clinic | $ 1.00 |
| KF Equipment | Therastick | Cary, NC Clinic | $ 5.00 |
| KF Equipment | Trx band | Charlotte, NC Clinic | $ 1.00 |
| KF Equipment | Water cooler (tall) | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Weight balls Various weight | Cary, NC Clinic | $ 10.00 |
| KF Equipment | Weight balls Various weight | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Wheel chair | Greensboro, NC Clinic | $ 10.00 |
| KF Equipment | Wobble board | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Wooden platforms | Charlotte, NC Clinic | $ 10.00 |
| KF Equipment | Yoga Mats | Charlotte, NC Clinic | $ 1.00 |
| Medical Equipment | Advanced Icart 110V | Cary, NC Clinic | $ 5.00 |
| Medical Equipment | C1-5-RS Probe | Cary, NC Clinic | $ 50.00 |
| Medical Equipment | Hill Adjustable Chair | Cary, NC Clinic | $ 100.00 |

| Other Equipment | | | |
|---|---|---|---|
| **Equipment Type** | **Description** | **Location** | **Value** |
| Medical Equipment | Hill Adjustable Chair | Cary, NC Clinic | $ 100.00 |
| Medical Equipment | Hill Adjustable Chair | Cary, NC Clinic | $ 100.00 |
| Medical Equipment | Hill Adjustable Chair | Charlotte, NC Clinic | $ 100.00 |
| Medical Equipment | Hill Adjustable Chair | Charlotte, NC Clinic | $ 100.00 |
| Medical Equipment | Hill Adjustable Chair | Charlotte, NC Clinic | $ 100.00 |
| Medical Equipment | Hill Adjustable Chair | Greensboro, NC Clinic | $ 100.00 |
| Medical Equipment | Hill Adjustable Chair | Greensboro, NC Clinic | $ 100.00 |
| Medical Equipment | Hill Adjustable Chair | Greensboro, NC Clinic | $ 100.00 |
| Medical Equipment | Hill lab chairs | Oklahoma City, OK Clinic | $ 100.00 |
| Medical Equipment | Hill lab chairs | Oklahoma City, OK Clinic | $ 100.00 |
| Medical Equipment | Hill lab chairs | Oklahoma City, OK Clinic | $ 100.00 |
| Medical Equipment | L4-12t-RS Probe | Cary, NC Clinic | $ 50.00 |
| Medical Equipment | U/S - chair | Greensboro, NC Clinic | $ 50.00 |
| Medical Equipment | Ultrasound Chair | Cary, NC Clinic | $ 50.00 |
| Medical Equipment | Ultrasound Chair | Cary, NC Clinic | $ 50.00 |
| Misc | 6 1/2' Christmas tree | Greensboro, NC Clinic | $ 10.00 |
| Misc | Blue locker unit (18 lockers) | Greensboro, NC Clinic | $ 10.00 |
| Misc | Dirt Devil Vacuum | Greensboro, NC Clinic | $ 1.00 |
| Misc | Emcyte centrifuge | Greensboro, NC Clinic | $ 50.00 |
| Misc | Health O Meter scale | Greensboro, NC Clinic | $ 20.00 |
| Misc | IV holder pole (2) | Greensboro, NC Clinic | $ 10.00 |
| Misc | LG Dryer | Greensboro, NC Clinic | $ 40.00 |
| Misc | LG Dryer 4.2 cu ft White Stackable Electric Dryer | Cary, NC Clinic | $ 40.00 |
| Misc | LG Dryer 4.2 cu ft White Stackable Electric Dryer | Charlotte, NC Clinic | $ 40.00 |
| Misc | LG Refridgerator | Greensboro, NC Clinic | $ 25.00 |
| Misc | LG Television | Charlotte, NC Clinic | $ 20.00 |
| Misc | LG Television | Charlotte, NC Clinic | $ 20.00 |
| Misc | LG Washer 2.3 Cu ft White Stackable-Front Load | Cary, NC Clinic | $ 40.00 |
| Misc | LG Washer 2.3 Cu ft White Stackable-Front Load | Charlotte, NC Clinic | $ 40.00 |
| Misc | LG Washing machine | Greensboro, NC Clinic | $ 40.00 |
| Misc | Magic Chef Freezer | Greensboro, NC Clinic | $ 1.00 |
| Misc | Mayo stand | Greensboro, NC Clinic | $ 10.00 |
| Misc | Moving dolly | Greensboro, NC Clinic | $ 10.00 |
| Misc | Omron blood pressure monitor | Greensboro, NC Clinic | $ 10.00 |
| Misc | SkinAct Chair | Greensboro, NC Clinic | $ 10.00 |
| Misc | Small Black Fridge 2.6 cu ft | Charlotte, NC Clinic | $ 25.00 |
| Misc | SunTech bllood pressure monitor | Greensboro, NC Clinic | $ 10.00 |
| Misc | TENS Chairs | Greensboro, NC Clinic | $ 130.00 |
| Misc | Wal-Mart mircrowave | Greensboro, NC Clinic | $ 5.00 |
| Misc | Water Coolers | Greensboro, NC Clinic | $ 20.00 |

| Other Equipment | | | |
|---|---|---|---|
| **Equipment Type** | **Description** | **Location** | **Value** |
| Misc | Westinghouse Microwave | Greensboro, NC Clinic | $ 5.00 |
| Misc | White Chest Freezer 7.1 Cu ft | Cary, NC Clinic | $ 10.00 |
| Misc | White Chest Freezer 7.1 Cu ft | Charlotte, NC Clinic | $ 20.00 |
| Misc | Winco blood draw chair | Greensboro, NC Clinic | $ 25.00 |
| TV | Apple TV | Greensboro, NC Clinic | $ 10.00 |
| TV | LG Television | Cary, NC Clinic | $ 20.00 |
| TV | Planar TV model: UR7551 | Greensboro, NC Clinic | $ 10.00 |
| U/S | Butterfly Probe | Charlotte, NC Clinic | $ 50.00 |
| U/S | Terason t3200 | Oklahoma City, OK Clinic | $ 50.00 |
| U/S | Ultrasound Terason | Cary, NC Clinic | $ 50.00 |
| U/S | Ultrasound Terason | Charlotte, NC Clinic | $ 50.00 |
| | | **Other Equipment Total** | **$ 31,266.00** |

| Fill in this information to identify the case: |
|---|
| Debtor name **Flexogenix Group, Inc.** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Bluevine**<br>Creditor's Name<br><br><br>**401 Warren Street<br>Redwood City, CA 94063**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred<br>12/2022<br>Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**All Client's now owned and hereafter acquired Accounts, Chattel Paper, Goods, Instruments, Investment Property, Documents, Letter of Credit Rights, Commercial Tort Claims, Deposit Accounts and General Intangibles**<br><br>**Describe the lien**<br>**Business loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$81,961.00** | **$201,184.61** |
| **2.2 Pac Western Financial LLC**<br>Creditor's Name<br><br><br>**222 S Main Street 5th Floor<br>Salt Lake City, UT 84101**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred<br>7/2023** | **Describe debtor's property that is subject to a lien**<br>**All accounts receivables, receipts, instruments, contract rights, and other rights to receive payment of money, patents, chattel paper**<br><br>**Describe the lien**<br>**Business Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $163,000.00 | $0.00 |

Debtor   **Flexogenix Group, Inc.**
Name
                                                                    Case number (if known)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Pac Western Financial LLC** | Describe debtor's property that is subject to a lien | **$54,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**All accounts receivables, receipts, instruments, contract rights, and other rights to receive payment of money, patents, chattel paper**

**222 S Main Street 5th Floor
Salt Lake City, UT 84101**
Creditor's mailing address

Describe the lien
**Business Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/2023**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$298,961.00**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bluevine**<br>**830 3rd Street**<br>**Gretna, LA 70053** | Line _2.1_ | |
| **Bluevine**<br>**111 Town Square Place**<br>**Jersey City, NJ 07310** | Line _2.1_ | |

| Fill in this information to identify the case: |
|---|
| Debtor name **Flexogenix Group, Inc.** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,086.53** | **$2,086.53** |
| | **Aeisha S Allen** **11730 Fiddlers Roof Ln** **Charlotte, NC 28277** | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **10/2023** | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,306.20** | **$1,306.20** |
| | **Aliya Omotohanmen** **67 Victoria Heights Drive** **Dallas, GA 30132** | ☑ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **10/2023** | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

**Amit Jangam**
**600 Carraway Crossing Apt 1106**
**Chapel Hill, NC 27516**

As of the petition filing date, the claim is: $6,009.62 | $6,009.62
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4** | Priority creditor's name and mailing address

**Angelina Evans**
**1749 N Serrano Ave Apt 207**
**Los Angeles, CA 90027**

As of the petition filing date, the claim is: $1,204.00 | $1,204.00
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5** | Priority creditor's name and mailing address

**Anita Tiwari**
**224 Vista Brooke Drive**
**Morrisville, NC 27560**

As of the petition filing date, the claim is: $992.00 | $992.00
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.6** | Priority creditor's name and mailing address

**Anna Gordea**
**109 Holly Bay Ln**
**Holly Springs, NC 27540**

As of the petition filing date, the claim is: $971.22 | $971.22
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |
|---|---|---|---|---|

**Ayshea Vann**
**9808 Walkers Glen Drive NW**
**Concord, NC 28027**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $653.00 | $653.00 |
|---|---|---|---|---|

**Caleb Buehner**
**2504 Evers Drive**
**Raleigh, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $780.60 | $780.60 |
|---|---|---|---|---|

**Christine Jerome**
**1605 Cane Creek Drive**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,112.51 | $5,028.43 |
|---|---|---|---|---|

**City of Los Angeles**
**Office of Finance**
**200 North Spring Street**
**Room 101**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**City Taxes**

Last 4 digits of account number **1069**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**2.11** | Priority creditor's name and mailing address

**Dione Butler**
**221 Coley Farm Road**
**Fuquay Varina, NC 27526**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

$1,004.40      $1,004.40

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/2023** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

**2.12** | Priority creditor's name and mailing address

**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO BOX 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$0.00      $0.00

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **For notice purposes only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

**2.13** | Priority creditor's name and mailing address

**Gina Morales**
**8458 Loxton Circle**
**Charlotte, NC 28214**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$1,076.00      $1,076.00

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/2023** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

**2.14** | Priority creditor's name and mailing address

**Guadalupe Aceveo Tirado**
**15 Tucker Farm Cir**
**Angier, NC 27501**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$691.26      $691.26

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/2023** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address

**Heather Conard**
**7603 Taft Place**
**Indian Trail, NC 28079**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$655.50    $655.50

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address

**Heba Atwy**
**15520 Baltinglass Court**
**Charlotte, NC 28273**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$695.30    $695.30

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address

**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number **2975**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address

**Jennifer Charles**
**8 Foxfire Court**
**Greensboro, NC 27410**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,010.88    $1,010.88

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,153.60 | $1,153.60 |
|---|---|---|---|---|

**Jennifer Gosha Daniels**
**2521 Sandy Ridge Road**
**High Point, NC 27265**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,329.59 | $6,329.59 |
|---|---|---|---|---|

**Los Angeles County Treasurer**
**and Tax Collector**
**500 W Temple St**
**Los Angeles, CA 90012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,999.03 | $1,999.03 |
|---|---|---|---|---|

**Lynne A Ridgel**
**965 North 16th East**
**Mountain Home, ID 83647**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.38 | $259.38 |
|---|---|---|---|---|

**Mecklenburg County Tax Collector**
**3205 Freedom Dr Suite 3000**
**Charlotte, NC 28208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Flexogenix Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.23** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $893.40 | $893.40

**Melissa McKenna**
**1122 Medlin Road**
**Durham, NC 27707**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.24** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,065.58 | $2,065.58

**Rene L McClanahan**
**1026 E Woodcrest Dr**
**Raleigh, NC 27603**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.25** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $673.54 | $673.54

**Sallie Young**
**646 4th Street Northeast**
**Hickory, NC 28601**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.26** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.02 | $15,150.00

**Sean Whalen**
**PO BOX 125**
**Artesia, CA 90702**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid salary**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor  **Flexogenix Group, Inc.**                                    Case number (if known)
_____
Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,390.00 | $1,390.00 |
|---|---|---|---|---|

**Sejal Mankad**
**1937 Custom Lane**
**Apex, NC 27502**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,100.00 | $2,100.00 |
|---|---|---|---|---|

**Shannon E Boyd**
**8132 Green Lantern St**
**Raleigh, NC 27613**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,143.00 | $1,143.00 |
|---|---|---|---|---|

**Tate Marihew**
**166 True Blue Drive**
**Broadway, NC 27505**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,403.94 | $1,403.94 |
|---|---|---|---|---|

**Thomas M Howard**
**2754 Lake Waccamaw Trl**
**Apex, NC 27502**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**2.31** | Priority creditor's name and mailing address

**Thomas O'Farrell**
**133 Cypress Landing Drive**
**Mooresville, NC 28117**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,125.85   $1,125.85

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.32** | Priority creditor's name and mailing address

**Waynetta Knight**
**1130 Waterlyn Dr**
**Greensboro, NC 27405**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$216.00   $216.00

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.33** | Priority creditor's name and mailing address

**Wendy Hare**
**2411 Quaker Landing Road**
**Greensboro, NC 27455**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$163.26   $163.26

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.34** | Priority creditor's name and mailing address

**Yaoshan Vivian Lung**
**11514 215th St Unit 3**
**Lakewood, CA 90715**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,174.04   $2,174.04

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.44 | $169.44 |
|---|---|---|---|---|

**Yi Pei Lu**
**18821 Carreta Dr**
**Rowland Heights, CA 91748**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,669.70 |
|---|---|---|---|

**310 Architecture + Interiors PA**
**302 Jefferson Street**
**Suite 250**
**Raleigh, NC 27605**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,273.20 |
|---|---|---|---|

**4imprint**
**101 Commerce St**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **9/1/2021**
Last 4 digits of account number  **3740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,229.04 |
|---|---|---|---|

**8X8, Inc.**
**Dept. 848080**
**Los Angeles, CA 90084-8080**

Date(s) debt was incurred _
Last 4 digits of account number  **9086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone System**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,680.00 |
|---|---|---|---|

**Accell Orthopedics, Inc**
**800 Delaware Ave**
**Wilmington, DE 19801**

Date(s) debt was incurred  **9/1/2021**
Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,564.19 |
|---|---|---|---|

**Aetna Inc**
**151 Farminton Avenue**
**Hartford, CT 06156**

Date(s) debt was incurred  **9/1/2021**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.6** | **Nonpriority creditor's name and mailing address**

**Aetna Inc**
**151 Farminton Avenue**
**Hartford, CT 06156**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

$1,311.44

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Amazon**
**PO BOX 960013**
**ORLANDO, FL 32896-0013**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

$3,101.55

---

**3.8** | **Nonpriority creditor's name and mailing address**

**American Express**
**PO BOX 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **1000**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

$666,276.69

---

**3.9** | **Nonpriority creditor's name and mailing address**

**American Express**
**PO BOX 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **1003**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

$118,929.06

---

**3.10** | **Nonpriority creditor's name and mailing address**

**American Express**
**PO BOX 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **2001**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

$111,574.24

---

**3.11** | **Nonpriority creditor's name and mailing address**

**Aramark Refreshment Services LLC**
**5880 Nolensville Pike**
**Nashville, TN 37211**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

$4,770.27

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address**
**Aspen Medical Products**
6481 Oak Canyon
Irvine, CA 92618

Date(s) debt was incurred _
Last 4 digits of account number  **O001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$4,055.00**

---

**3.13** | **Nonpriority creditor's name and mailing address**
**Bacon Health Corp/CG Medical**
**Device Services**
4 Lauren Ave South
Huntington Station, NY 11746

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$83,416.52**

---

**3.14** | **Nonpriority creditor's name and mailing address**
**Bank of America**
PO BOX 982234
El Paso, TX 79998-2234

Date(s) debt was incurred  **9/1/2021**
Last 4 digits of account number  **0144**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ☐ No  ☐ Yes

**$42,975.23**

---

**3.15** | **Nonpriority creditor's name and mailing address**
**Bank of America**
PO BOX 982234
El Paso, TX 79998-2234

Date(s) debt was incurred  **9/1/2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ☐ No  ☐ Yes

**$30,571.41**

---

**3.16** | **Nonpriority creditor's name and mailing address**
**Bigleaf Networks**
2850 SW Cedar Hills Blvd Suite 130
Beaverton, OR 97005-1354

Date(s) debt was incurred _
Last 4 digits of account number  **0437**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT Services**

Is the claim subject to offset? ☐ No  ☐ Yes

**$774.00**

---

**3.17** | **Nonpriority creditor's name and mailing address**
**Bioventus**
4721 Emperor Blvd
Suite 100
Durham, NC 27703

Date(s) debt was incurred  **9/1/2021**
Last 4 digits of account number  **1636**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

**$530,775.00**

---

**3.18** | **Nonpriority creditor's name and mailing address**
**Bioventus**
4721 Emperor Blvd
Suite 100
Durham, NC 27703

Date(s) debt was incurred _
Last 4 digits of account number  **1636**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,453.00**

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,762.03 |
|---|---|---|---|

**Bizmatics, Inc.**
**4010 Moorpark Ave., # 222**
**San Jose, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1515**

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,485.00 |
|---|---|---|---|

**Bluevine**
**401 Warren Street**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number _

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,898.29 |
|---|---|---|---|

**Capital One, N.A.**
**1680 Capital One Drive**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Capitol Cleaning OKC LP**
**11625 N. Santa Fe, Suite A**
**Oklahoma City, OK 73114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

Basis for the claim:  **Cleaning services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**Cervos Medical**
**475 School Street, Suite 12**
**Marshfield, MA 02050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,141.00 |
|---|---|---|---|

**Chase Freedom**
**Card Services**
**PO BOX 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **0369**

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,010.37 |
|---|---|---|---|

**Chase Ink**
**Card Services**
**PO BOX 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **3121**

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74,603.52** |
|---|---|---|---|

**Chase Sapphire
Card Services
PO BOX 15298
Wilmington, DE 19850**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **5233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,503.05** |
|---|---|---|---|

**Chase Slate
Card Services
PO BOX 15298
Wilmington, DE 19850**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **7217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139.00** |
|---|---|---|---|

**CISLO&THOMAS LLP
12100 Wilshire Blvd Suite 1700
Los Angeles, CA 90025-7103**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,720.25** |
|---|---|---|---|

**CISLO&THOMAS LLP
12100 Wilshire Blvd Suite 1700
Los Angeles, CA 90025-7103**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,240.02** |
|---|---|---|---|

**Citibank
PO BOX 6500
Sioux Falls, SD 57117-6500**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **1299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,084.08** |
|---|---|---|---|

**City of Los Angeles
Office of Finance
200 North Spring Street
Room 101
Los Angeles, CA 90012**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Flexogenix Group, Inc.**                                           Case number (if known) _____
     Name

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,287.61** |
|---|---|---|---|

**Clark Trevithick**
**445 S Figueroa Street**
**18th Floor**
**Los Angeles, CA 90071**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,150.00** |
|---|---|---|---|

**CORFLEX**
**669 East Industrial Park Drive**
**Manchester, NH 03109**

Date(s) debt was incurred  _

Last 4 digits of account number  **2751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,450.00** |
|---|---|---|---|

**Cross Country Locums/Mint Physician Staffing**
**6551 Park of Commerce Blvd**
**Boca Raton, FL 33487**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,250.00** |
|---|---|---|---|

**De Forest & Associates, Inc**
**1145 Artesia Boulevard, #203**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.70** |
|---|---|---|---|

**DEX Imaging**
**5109 W Lemon Street**
**Tampa, FL 33609**

Date(s) debt was incurred  _

Last 4 digits of account number  **7HEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00** |
|---|---|---|---|

**Diagnostic Physics Inc**
**1710 Camden Unit 47**
**Charlotte, NC 28203**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,012.45** |
|---|---|---|---|

**DJO, LLC**
**5919 Sea Otter Place**
**Suite 200**
**Carlsbad, CA 92010**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.39**

**Nonpriority creditor's name and mailing address**

**DMVHUB**
**PO BOX 1021**
**Fuquay Varina, NC 27526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,920.00**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Elite2 LLC**
**5 Saratoga Dr**
**Collegeville, PA 19426**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**FedEx Corporate Services Inc**
**3895 Airways Blvd, Module G**
**3rd Floor**
**Memphis, TN 38116-5017**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

**$916.02**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Fidia Pharma USA Inc.**
**100 Campus Drive**
**Suite 105**
**Florham Park, NJ 07932**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

**$741,054.00**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Fidia Pharma USA Inc.**
**100 Campus Drive**
**Suite 105**
**Florham Park, NJ 07932**

Date(s) debt was incurred _

Last 4 digits of account number  **0790**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$842,497.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**FOX8 WGHP**
**2005 Francis Street**
**High Point, NC 27263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,768.30**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**G&B Law LLP**
**16000 Ventura Blvd Suite 1000**
**Encino, CA 91436-2730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,738.06**

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,366.49**

**GE Healthcare**
**P.O. BOX 640200**
**Pittsburgh, PA 15264-0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   9/1/2021

**Basis for the claim:**  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$263,553.00**

**Genzyme Corporation**
**450 Water Street**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   9/1/2021

**Basis for the claim:**  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,457.84**

**Golden Triangle #6-Avery, LLC**
**c/o Levine Properties**
**8514 McAlpine Park Drive, Suite 190**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

**Basis for the claim:**  **Rent**

Last 4 digits of account number   _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35,779.50**

**Google**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number   3495

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$105,676.25**

**Griffin Communications LLC**
**dba KWTV-TV**
**7401 North Kelley Ave**
**Oklahoma City, OK 73111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   9/1/2021

**Basis for the claim:**  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Last 4 digits of account number   N/A

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$110,735.50**

**Harris Mink Farms**
**24790 Kenridge Road**
**Caldwell, ID 83607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

**Basis for the claim:**  **Rent**

Last 4 digits of account number   FLEXOGENIX

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,372.58**

**Healthcare Realty**
**3310 West End Avenue Suite 700**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

**Basis for the claim:**   _

Last 4 digits of account number   _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.56 |
|---|---|---|---|

**Healthfirst**
11629 49th Pl W
Mukilteo, WA 98275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Business debt**

Last 4 digits of account number **9242**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,813.00 |
|---|---|---|---|

**Henry Schein**
135 Duryea Road
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/1/2021**

Basis for the claim: **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**Heskin Martinez Law Group**
390 N Orange Ave Suite 1550
Orlando, FL 32801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Business debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.84 |
|---|---|---|---|

**Imperial**
2020 North Mingo Road
Tulsa, OK 74116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Business Debt**

Last 4 digits of account number **8759**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345,775.25 |
|---|---|---|---|

**Internal Revenue Service**
PO BOX 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/1/2021**

Basis for the claim: **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,111.77 |
|---|---|---|---|

**Iris Whalen**
PO BOX 125
Artesia, CA 90702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/1/2021**

Basis for the claim: **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.86 |
|---|---|---|---|

**Iron Mountain**
2 Sun Court
Norcross, GA 30092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,586.25 |
|---|---|---|---|

**iScribeHealth**
**4322 Hardin Pike Suite 417**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224,634.84 |
|---|---|---|---|

**J&J Health Care Systems, Inc**
**5972 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number _

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154,077.00 |
|---|---|---|---|

**J&J Healthcare Systems, Inc**
**5972 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4572**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,545.50 |
|---|---|---|---|

**K&L Gates LLP**
**K&L Gates Center**
**210 Sixth Avenue**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **4692**

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.50 |
|---|---|---|---|

**KOCO**
**1300 East Britton Road**
**Oklahoma City, OK 73131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,558.00 |
|---|---|---|---|

**LA Arena Funding, LLC**
**111 South Figueroa Street**
**Suite 3100**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number _

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $816.71 |
|---|---|---|---|

**Lincoln National Life Insurance Co.**
**PO BOX 0821**
**Carol Stream, IL 60132-0821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,000.09 |
|---|---|---|---|

**Maple One Partners, LLC**
**c/o Samet Properties, LLC**
**309 Gallimore Dairy Road, Suite 102**
**Greensboro, NC 27409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,005.17 |
|---|---|---|---|

**Mayflower Transit, LLC**
**22262 Network Place**
**Chicago, IL 60673-1222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/1/2021__

**Basis for the claim:** __Allowed general unsecured claim as part of__
__confirmed plan in Bankruptcy Case No. 2:19-bk-12927__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,894.23 |
|---|---|---|---|

**McKesson**
**6555 State Hwy 161**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/1/2021__

**Basis for the claim:** __Allowed general unsecured claim as part of__
__confirmed plan in Bankruptcy Case No. 2:19-bk-12927__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,275.26 |
|---|---|---|---|

**McKesson**
**6555 State Hwy 161**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Supplies__

Last 4 digits of account number __3383__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**MSKUS**
**1035 E Vista Way #128**
**Vista, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.00 |
|---|---|---|---|

**NC Radiation Protection Section**
**1645 Mail Service Center**
**Raleigh, NC 27699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business debt__

Last 4 digits of account number __3946__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,519.00 |
|---|---|---|---|

**News & Record**
**511 Broad Street**
**South Boston, VA 24592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/1/2021__

**Basis for the claim:** __Allowed general unsecured claim as part of__
__confirmed plan in Bankruptcy Case No. 2:19-bk-12927__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,042.23 |
|---|---|---|---|

**Office of the United States Trustee**
**915 Wilshire Blvd Suite 1850**
**Los Angeles, CA 90017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2927**

Basis for the claim:  **Trustee Fees for bankruptcy case 1:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,194.72 |
|---|---|---|---|

**OG&E**
**PO BOX 321**
**Oklahoma City, OK 73101-0321**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,332.00 |
|---|---|---|---|

**OPUM US Inc**
**1160 Battery Street East**
**Suite 100-#1066**
**San Francisco, CA 94111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,125.00 |
|---|---|---|---|

**Organogenesis, Inc.**
**85 Dan Road**
**Canton, MA 02021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number _

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,275.00 |
|---|---|---|---|

**Outfront Media**
**185 US Highway 46**
**Fairfield, NJ 07004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number _

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,038.78 |
|---|---|---|---|

**Packard Commercial LLC**
**1526 S. Broadway**
**Los Angeles, CA 90015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number _

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Mogannam**
**1000 S. Westgate Avenue #201**
**Los Angeles, CA 90049**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number _

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.50**

**Radiation Detection Company**
**3527 Snead Drive**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00**

**Rubik Shared Services**
**122 Mandakini Enclave**
**Alakanda, New Delhi 110019, India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,236.73**

**Sandy Springs Gateway Owner, LLC**
**800 Vanderbilt Beach Road**
**Naples, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number _

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$237,746.29**

**Sean Whalen**
**PO BOX 125**
**Artesia, CA 90702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number _

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.50**

**Shred Ace, Inc**
**1500 E Club Blvd**
**Durham, NC 27704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shredding Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.26**

**Smart Business System**
**4807 Melrose Ave**
**Los Angeles, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,451.75**

**Smith Anderson Blount Dorsett**
**Mitchell & Jernigan LLP**
**150 Fayetteville Street Suite 2300**
**Raleigh, NC 27601-1395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number _

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.88**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$144.00** |
|---|---|---|
| **Spectrotel**<br>**PO BOX 1949**<br>**Newark, NJ 07101-1949** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **2124** | Basis for the claim: **Business debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.89**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,075.22** |
|---|---|---|
| **Spectrum Enterprise**<br>**1900 Blue Crest Ln**<br>**San Antonio, TX 78247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Business debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,644.08** |
|---|---|---|
| **Staples Advantage**<br>**Dept LA**<br>**PO Box 83689**<br>**Chicago, IL 60696-3689** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **9/1/2021** | Basis for the claim: **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927** | |
| Last 4 digits of account number **5354** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,933.96** |
|---|---|---|
| **The Charlotte Observer**<br>**9140 Research Drive**<br>**Charlotte, NC 28262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **9/1/2021** | Basis for the claim: **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927** | |
| Last 4 digits of account number **9165** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,325.67** |
|---|---|---|
| **The Doctors Company**<br>**185 Greenwood Road**<br>**Napa, CA 94558-0030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Business debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,212.00** |
|---|---|---|
| **The News & Observer**<br>**421 Fayetteville Street Suite 104**<br>**Raleigh, NC 27601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **9/1/2021** | Basis for the claim: **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927** | |
| Last 4 digits of account number **2235** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$894.60** |
|---|---|---|
| **UMZUZU**<br>**6750 W 75th Street Ste 3B**<br>**Overland Park, KS 66204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Business debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address

**United Healthcare**
**Attn: UHC/CDM**
**185 Asylum Street**
**Hartford, CT 06103**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,143.49**

---

**3.96** | Nonpriority creditor's name and mailing address

**United Healthcare**
**Attn: UHC/CDM**
**185 Asylum Street**
**Hartford, CT 06103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,717.82**

---

**3.97** | Nonpriority creditor's name and mailing address

**WAGA Fox 5 Atlanta**
**1551 Briarcliff Road NE**
**Atlanta, GA 30306**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,889.75**

---

**3.98** | Nonpriority creditor's name and mailing address

**WCNC/WFMY**
**c/o CCR**
**20 Broad Hollow Road Suite 1002**
**Melville, NY 11747**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **4214**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

**$130,841.25**

---

**3.99** | Nonpriority creditor's name and mailing address

**WGCL TV**
**425 14th Street NW**
**Atlanta, GA 30318**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,674.30**

---

**3.100** | Nonpriority creditor's name and mailing address

**White and Williams LLP**
**One Liberty Place**
**1650 Market Street Suite 1800**
**Philadelphia, PA 19103-7395**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,392.00**

---

**3.101** | Nonpriority creditor's name and mailing address

**WNCN**
**33096 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  **9/1/2021**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No  ☐ Yes

**$74,810.00**

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,459.22** |
|---|---|---|---|

**WRAL-FM**
**3100 Highwoods Blvd Suite 140**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/2021

Last 4 digits of account number _

**Basis for the claim:**  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,938.00** |
|---|---|---|---|

**WRAL-FM**
**3100 Highwoods Blvd Suite 140**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$239,721.95** |
|---|---|---|---|

**WSB-TV**
**1601 West Peachtree Street NE**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/2021

Last 4 digits of account number  220D

**Basis for the claim:**  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,700.00** |
|---|---|---|---|

**WSOC-TV**
**235 W 23rd Street**
**Charlotte, NC 28206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/2021

Last 4 digits of account number  220D

**Basis for the claim:**  **Allowed general unsecured claim as part of confirmed plan in Bankruptcy Case No. 2:19-bk-12927**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **310 Architecture + Interiors PA**<br>**PO BOX 97935**<br>**Raleigh, NC 27624-7935** | Line  3.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Accell Orthopedics, Inc**<br>**PO Box 8702**<br>**Wilmington, DE 19899** | Line  3.4<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Arent Fox**<br>**555 West 5th Street 48th Floor**<br>**Los Angeles, CA 90013** | Line  3.65<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Flexogenix Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.4 **Becket and Lee LLP**<br>**PO BOX 3001**<br>**Malvern, PA 19355-0701** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.5 **Becket and Lee LLP**<br>**PO BOX 3001**<br>**Malvern, PA 19355-0701** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.6 **Becket and Lee LLP**<br>**PO BOX 3001**<br>**Malvern, PA 19355-0701** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.7 **Bioventus**<br>**P.O. Box 732823**<br>**Dallas, TX 75373-2823** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.8 **Bioventus**<br>**P.O. Box 732823**<br>**Dallas, TX 75373-2823** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **Bluevine**<br>**830 3rd Street**<br>**Gretna, LA 70053** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **Bluevine**<br>**111 Town Square Place**<br>**Jersey City, NJ 07310** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **Boyd Law PC**<br>**300 Spectrum Center Drive**<br>**Suite 1185**<br>**Irvine, CA 92618** | Line **3.80**<br>☐ Not listed. Explain ____ | _ |
| 4.12 **Capital One, N.A.**<br>**PO BOX 30285**<br>**Salt Lake City, UT 84130-0285** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.13 **DEX Imaging**<br>**PO BOX 17299**<br>**Clearwater, FL 33762** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.14 **Diagnostic Physics Inc**<br>**P.O. Box 49587**<br>**Charlotte, NC 28277** | Line **3.37**<br>☐ Not listed. Explain ____ | _ |
| 4.15 **Fox Rothchild LLP**<br>**321 North Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.16 **FOX8 WGHP**<br>**PO BOX 417868**<br>**Boston, MA 02241-7868** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.17 **Hawley Troxell Ennis & Hawley LLP**<br>**877 W. Main Street, 2nd Floor**<br>**Boise, ID 83702** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 **Hawley Troxell Ennis & Hawley LLP**<br>**PO BOX 1617**<br>**Boise, ID 83701** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 **K&L Gates LLP**<br>**P.O. BOX 844255**<br>**Boston, MA 02284-4255** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 **Los Angeles Attorney's Office**<br>**200 N Main Street**<br>**Suite 920**<br>**Los Angeles, CA 90012** | Line **2.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 **Los Angeles Attorney's Office**<br>**200 N Main Street**<br>**Suite 920**<br>**Los Angeles, CA 90012** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 **McGuire Woods LLP**<br>**77 W. Wacker Dr.**<br>**Ste. 4100**<br>**Chicago, IL 60601** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 **McGuire Woods LLP**<br>**77 W. Wacker Dr.**<br>**Ste. 4100**<br>**Chicago, IL 60601** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 **Michael Biddinger Real Estate**<br>**12020 North Pennsylvania Ave**<br>**Oklahoma City, OK 73120** | Line **3.51**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 **News & Record**<br>**PO BOX 26983**<br>**Richmond, VA 23261-6983** | Line **3.73**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 **Outfront Media**<br>**c/o Szabo Associates Inc**<br>**3355 Lenox Road NE Suite 945**<br>**Atlanta, GA 30326** | Line **3.78**<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 **Pepper Hamilton LLP**<br>**Hercules Plaza Suite 5100**<br>**1313 Market St PO BOX 1709**<br>**Wilmington, DE 19899-1709** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 **Pepper Hamilton LLP**<br>**Hercules Plaza Suite 5100**<br>**1313 Market St PO BOX 1709**<br>**Wilmington, DE 19899-1709** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.29 **Sandy Springs Gateway Owner LLC**<br>**PO BOX 392643**<br>**Pittsburgh, PA 15251** | Line **3.83**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 **Sanofi US**<br>**55 Corporate Drive**<br>**Bridgewater, NJ 08807** | Line **3.47**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 **The News & Observer**<br>**215 S. McDowell St**<br>**Raleigh, NC 27601** | Line **3.93**<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 **WAGA**<br>**New World Communications of Atlanta**<br>**PO BOX 100610**<br>**Atlanta, GA 30384-0610** | Line **3.97**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 **WAGA Television**<br>**c/o Szabo Associates Inc**<br>**3355 Lenox Road NE Suite 945**<br>**Atlanta, GA 30326** | Line **3.97**<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 **Wcnc-Tv, Inc.**<br>**1001 Woodrdg Ctr Dr**<br>**Charlotte, NC 28217** | Line **3.98**<br><br>☐ Not listed. Explain ____ | _ |
| 4.35 **WGCL TV**<br>**c/o Szabo Associates Inc**<br>**3355 Lenox Road NE Suite 945**<br>**Atlanta, GA 30326** | Line **3.99**<br><br>☐ Not listed. Explain ____ | _ |
| 4.36 **WNCN CBS 17**<br>**1205 Front Street**<br>**Raleigh, NC 27609** | Line **3.101**<br><br>☐ Not listed. Explain ____ | _ |
| 4.37 **WRAL-FM**<br>**c/o Szabo Associates Inc**<br>**3355 Lenox Road NE Suite 945**<br>**Atlanta, GA 30326** | Line **3.102**<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 **WRAL-FM**<br>**c/o Szabo Associates Inc**<br>**3355 Lenox Road NE Suite 945**<br>**Atlanta, GA 30326** | Line **3.103**<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 **WSB-TV**<br>**Cox Enterprises, Inc.**<br>**PO BOX 809036**<br>**Chicago, IL 60680-9036** | Line **3.104**<br><br>☐ Not listed. Explain ____ | _ |
| 4.40 **WSOC-TV**<br>**PO BOX 34665**<br>**Charlotte, NC 28234** | Line **3.105**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

Debtor    **Flexogenix Group, Inc.**
_____
Name

Case number (*if known*) _____

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $          **79,108.69** |
| **5b. Total claims from Part 2** | 5b.   **+** | $          **6,058,626.35** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $          **6,137,735.04** |

**Fill in this information to identify the case:**

Debtor name     **Flexogenix Group, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space located at 400 Ashville Avenue, Suite 330, Cary, NC 27518** |
| State the term remaining | **4 years 10 months** |
| List the contract number of any government contract | **Flagship Cary, LLC**<br>**2701 Coltsgate Road, Suite 300**<br>**Charlotte, NC 28211** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space located at 6836 Morrison Blvd., Suite 101, Charlotte, NC 28211** |
| State the term remaining | **4 years 3 months** |
| List the contract number of any government contract | **Golden Triangle #6-Avery, LLC**<br>**c/o Levine Properties**<br>**8514 McAlpine Park Drive, Suite 190**<br>**Charlotte, NC 28211** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space located at 1414 Yanceyville Street, Suite 200, Greensboro, NC 27405** |
| State the term remaining | **2 years 11 months** |
| List the contract number of any government contract | **Maple One Partners, LLC**<br>**c/o Samet Properties, LLC**<br>**309 Gallimore Dairy Road, Suite 102**<br>**Greensboro, NC 27409** |

**Fill in this information to identify the case:**

Debtor name **Flexogenix Group, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Flexogenix North Carolina, PC** | **400 Ashville Ave Suite 330 Cary, NC 27518** | **Pac Western Financial LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Flexogenix Oklahoma, PC** | **400 Ashville Ave Suite 330 Cary, NC 27518** | **Pac Western Financial LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Sean Whalen** | **PO BOX 125 Artesia, CA 90702** | **Pac Western Financial LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Sean Whalen** | **PO BOX 125 Artesia, CA 90702** | **Pac Western Financial LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)* |
|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.5 | **Iris Whalen** | **PO BOX 125**<br>**Artesia, CA 90702**<br>**Guantee of lease of commercial space**<br>**located at 400 Ashville Ave, Cary, NC**<br>**27518** | **Flagship Cary, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Flexogenix Group, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __10/12/2023__         X _____
                                         Signature of individual signing on behalf of debtor

                                         **Iris Whalen**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Flexogenix Group, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business <br> ☐ Other _____ | **$1,011,946.72** |
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business <br> ☐ Other _____ | **$1,918,481.97** |
| **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business <br> ☐ Other _____ | **$2,629,805.01** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor    **Flexogenix Group, Inc.** _____    Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.1. **Aspen Medical Products**<br>**6481 Oak Canyon**<br>**Irvine, CA 92618** | **Various dates** | **$31,220.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Cervos Medical**<br>**475 School Street, Suite 12**<br>**Marshfield, MA 02050** | **7/14/2023:**<br>**$3,600.00**<br>**7/21/2023:**<br>**$3,600.00**<br>**9/25/2023:**<br>**$10,800.00** | **$18,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Fidia Pharma USA Inc.**<br>**100 Campus Drive**<br>**Suite 105**<br>**Florham Park, NJ 07932** | **Various dates** | **$61,981.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Google**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** | **Various dates** | **$99,239.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **J&J Healthcare Systems, Inc**<br>**5972 Collections Center Dr**<br>**Chicago, IL 60693** | **7/28/2023:**<br>**$28,820.00** | **$28,820.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **McKesson**<br>**6555 State Hwy 161**<br>**Irving, TX 75039** | **Various dates** | **$5,508.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Spectrum Enterprise**<br>**1900 Blue Crest Ln**<br>**San Antonio, TX 78247** | **7/19/2023:**<br>**$7,616.76** | **$7,616.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | Flexogenix Group, Inc. | | Case number *(if known)* | |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Iris Whalen**<br>**PO Box 125**<br>**Artesia, CA 90702**<br>**President** | **10/21/2022:<br>$9,346.00<br>11/4/2022:<br>$9,346.00** | **$18,692.00** | **Salary Compensation and Perquisites** |
| 4.2.   **Sean Whalen**<br>**PO BOX 125**<br>**Artesia, CA 90702**<br>**Director** | **10/21/2022:<br>$10,000.00<br>11/4/2022:<br>$10,000.00** | **$20,000.00** | **Salary Compensation and Perquisites** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor    **Flexogenix Group, Inc.**  _____ Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Margulies Faith LLP**<br>**16030 Ventura Blvd., Ste. 470**<br>**Encino, CA 91436** | **Prepetition attorneys fees (including filing fee): $10,000**<br>**Retainer: $20,000** | **10/6/2023**<br>**10/11/2023** | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Sean Whalen**<br>**PO BOX 125**<br>**Artesia, CA 90702** | **Assumption of lease of 2022 BMS X5** | **10/11/2023** | **$0.00** |
| | Relationship to debtor<br>**Director** | | | |

---

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **7422 Garvey Avenue, Suite 203<br>Rosemead, CA 91770** | **5/2019 to 8/2023** |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Personal information for medical practices**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Flexogenix Group, Inc. 401(k) Plan** | EIN:  **47-3082975** |

Has the plan been terminated?
☑ No
☐ Yes

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

| Debtor | Flexogenix Group, Inc. | Case number *(if known)* | |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)* | |

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Daniel Stark, CPA**<br>**10440 North Central Expressway**<br>**Suite 800**<br>**Dallas, TX 75231** | **8/2017 to present** |
| 26a.2. | **Vivian Chen**<br>**400 Ashville Avenue Suite 330**<br>**Cary, NC 27518** | **8/2015 to present** |
| 26a.3. | **Rubik Shared Services**<br>**122 Mandakini Enclave**<br>**Alakanda, New Delhi 110019, India** | **11/2017 to present** |
| 26a.4. | **Grobstein Teeple LLP**<br>**6300 Canoga Avenue**<br>**Suite 1500W**<br>**Woodland Hills, CA 91367** | **4/2019 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Daniel Stark**<br>**10440 North Central Expressway**<br>**Suite 800**<br>**Dallas, TX 75231** | **8/2017 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | Flexogenix Group, Inc. | Case number *(if known)* | |
|--------|------------------------|--------------------------|---|

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|
| 26d.1. | **Pac Western Financial LLC**<br>**222 S Main Street 5th Floor**<br>**Salt Lake City, UT 84101** |
| 26d.2. | **WebBank**<br>**c/o CAN Capital, Inc. as Servicer**<br>**2015 Vaughn Road NW Bldg 500**<br>**Kennesaw, GA 30144** |
| 26d.3. | **Bluevine**<br>**401 Warren Street**<br>**Redwood City, CA 94063** |
| 26d.4. | **1st Global Capital, LLC**<br>**1250 E. Hallandale Beach Blvd.**<br>**Suite 409**<br>**Hallandale Beach, FL 33009** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Iris Whalen | PO BOX 125<br>Artesia, CA 90702 | President/CFO/Shareholder | 82.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Sean Whalen | PO BOX 125<br>Artesia, CA 90702 | Secretary/Shareholder | 15% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Jack Miletic | 420 Washington Avenue, Apt. 203<br>Santa Monica, CA 90403 | Shareholder | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Thomas Howard | 2754 Lake Waccamaw Trail<br>Apex, NC 27502 | Shareholder | 1.5% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Flexogenix Group, Inc.**                               Case number *(if known)*

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Iris Whalen**<br>**PO BOX 125**<br>**Artesia, CA 90702** | **See Item #4** | | |
| **Relationship to debtor**<br>**President/CFO** | | | |
| 30.2. **Sean Whalen**<br>**PO BOX 125**<br>**Artesia, CA 90702** | **See Item #4** | | |
| **Relationship to debtor**<br>**Secretary** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Flexogenix Group, Inc. 401(k) Plan** | **EIN:    47-3082975** |

Debtor   **Flexogenix Group, Inc.**                              Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/12/2023**

_____          **Iris Whalen**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re    **Flexogenix Group, Inc.**                                    Case No.
_____                           _____
                              Debtor(s)                  Chapter        **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____     $    _____**n/a**_____

     Prior to the filing of this statement I have received _____     $    _____**30,000.00***_____

     Balance Due _____     $    _____**0.00**_____

2.   The source of the compensation paid to me was:                        ***Pre-petition attorney fees incurred***
                                                                           ***(including filing fee) total $21,309.50,***
     ■ Debtor      ☐ Other (specify):                                      ***with a balance of $8,690.50 held in trust.***

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October 12, 2023**                              **/s/ Jeremy W. Faith**
_____              _____
*Date*                                         **Jeremy W. Faith**
                                               *Signature of Attorney*
                                               **Margulies Faith LLP**
                                               **16030 Ventura Blvd., Suite 470**
                                               **Encino, CA 91436**
                                               **(818) 705-2777  Fax: (818) 705-3777**
                                               **Jeremy@MarguliesFaithLaw.com**
                                               *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEREMY W. FAITH (State Bar No. 190647)<br>Jeremy@MarguliesFaithlaw.com<br>ANNA LANDA (State Bar No. 276607)<br>Anna@MarguliesFaithlaw.com<br>SAM BOYAMIAN (State Bar No. 316877)<br>Sam@MarguliesFaithlaw.com<br>MARGULIES FAITH, LLP<br>16030 Ventura Blvd., Suite 470<br>Encino, CA 91436<br>Telephone: (818) 705-2777<br>Facsimile: (818) 705-3777 | |
| ☒ *Attorney for:* Flexogenix Group, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Flexogenix Group, Inc.<br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Iris Whalen_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.   ☒   The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Iris Whalen - 82.5%

Sean P. Whlaen - 15%

[For additional names, attach an addendum to this form.]

b.   ☐   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:   **10/12/2023**

By:   _____
Signature of Debtor, or attorney for Debtor

Name:   Iris Whalen, President
Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*            Page 2            **F 1007-4.CORP.OWNERSHIP.STMT**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Jeremy W. Faith**
**16030 Ventura Blvd., Suite 470**
**Encino, CA 91436**
**(818) 705-2777 Fax: (818) 705-3777**
California State Bar Number: **190647 CA**
Jeremy@MarguliesFaithLaw.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

**Flexogenix Group, Inc.**

Debtor(s).

CASE NO.:

CHAPTER: **11**

## VERIFICATION OF MASTER
## MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __21__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __10/12/2023_____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

310 Architecture + Interiors PA
302 Jefferson Street
Suite 250
Raleigh, NC 27605


310 Architecture + Interiors PA
PO BOX 97935
Raleigh, NC 27624-7935


4imprint
101 Commerce St
Oshkosh, WI 54901


8X8, Inc.
Dept. 848080
Los Angeles, CA 90084-8080


Accell Orthopedics, Inc
800 Delaware Ave
Wilmington, DE 19801


Accell Orthopedics, Inc
PO Box 8702
Wilmington, DE 19899


Aeisha S Allen
11730 Fiddlers Roof Ln
Charlotte, NC 28277


Aetna Inc
151 Farminton Avenue
Hartford, CT 06156

Aliya Omotohanmen
67 Victoria Heights Drive
Dallas, GA 30132

Amazon
PO BOX 960013
ORLANDO, FL 32896-0013

American Express
PO BOX 981535
El Paso, TX 79998-1535

Amit Jangam
600 Carraway Crossing Apt 1106
Chapel Hill, NC 27516

Angelina Evans
1749 N Serrano Ave Apt 207
Los Angeles, CA 90027

Anita Tiwari
224 Vista Brooke Drive
Morrisville, NC 27560

Anna Gordea
109 Holly Bay Ln
Holly Springs, NC 27540

Aramark Refreshment Services LLC
5880 Nolensville Pike
Nashville, TN 37211

Arent Fox
555 West 5th Street 48th Floor
Los Angeles, CA 90013


Aspen Medical Products
6481 Oak Canyon
Irvine, CA 92618


Ayshea Vann
9808 Walkers Glen Drive NW
Concord, NC 28027


Bacon Health Corp/CG Medical
Device Services
4 Lauren Ave South
Huntington Station, NY 11746


Bank of America
PO BOX 982234
El Paso, TX 79998-2234


Becket and Lee LLP
PO BOX 3001
Malvern, PA 19355-0701


Bigleaf Networks
2850 SW Cedar Hills Blvd Suite 130
Beaverton, OR 97005-1354


Bioventus
4721 Emperor Blvd
Suite 100
Durham, NC 27703

Bioventus
P.O. Box 732823
Dallas, TX 75373-2823


Bizmatics, Inc.
4010 Moorpark Ave., # 222
San Jose, CA 95117


Bluevine
401 Warren Street
Redwood City, CA 94063


Bluevine
830 3rd Street
Gretna, LA 70053


Bluevine
111 Town Square Place
Jersey City, NJ 07310


Boyd Law PC
300 Spectrum Center Drive
Suite 1185
Irvine, CA 92618


Caleb Buehner
2504 Evers Drive
Raleigh, NC 27610


Capital One, N.A.
1680 Capital One Drive
Mc Lean, VA 22102

Capital One, N.A.
PO BOX 30285
Salt Lake City, UT 84130-0285


Capitol Cleaning OKC LP
11625 N. Santa Fe, Suite A
Oklahoma City, OK 73114


Cervos Medical
475 School Street, Suite 12
Marshfield, MA 02050


Chase Freedom
Card Services
PO BOX 15298
Wilmington, DE 19850


Chase Ink
Card Services
PO BOX 15298
Wilmington, DE 19850


Chase Sapphire
Card Services
PO BOX 15298
Wilmington, DE 19850


Chase Slate
Card Services
PO BOX 15298
Wilmington, DE 19850


Christine Jerome
1605 Cane Creek Drive
Garner, NC 27529

CISLO&THOMAS LLP
12100 Wilshire Blvd Suite 1700
Los Angeles, CA 90025-7103


Citibank
PO BOX 6500
Sioux Falls, SD 57117-6500


City of Los Angeles
Office of Finance
200 North Spring Street
Room 101
Los Angeles, CA 90012


Clark Trevithick
445 S Figueroa Street
18th Floor
Los Angeles, CA 90071


CORFLEX
669 East Industrial Park Drive
Manchester, NH 03109


Cross Country Locums/Mint Physician
Staffing
6551 Park of Commerce Blvd
Boca Raton, FL 33487


De Forest & Associates, Inc
1145 Artesia Boulevard, #203
Manhattan Beach, CA 90266


DEX Imaging
5109 W Lemon Street
Tampa, FL 33609

DEX Imaging
PO BOX 17299
Clearwater, FL 33762


Diagnostic Physics Inc
1710 Camden Unit 47
Charlotte, NC 28203


Diagnostic Physics Inc
P.O. Box 49587
Charlotte, NC 28277


Dione Butler
221 Coley Farm Road
Fuquay Varina, NC 27526


DJO, LLC
5919 Sea Otter Place
Suite 200
Carlsbad, CA 92010


DMVHUB
PO BOX 1021
Fuquay Varina, NC 27526


Elite2 LLC
5 Saratoga Dr
Collegeville, PA 19426


FedEx Corporate Services Inc
3895 Airways Blvd, Module G
3rd Floor
Memphis, TN 38116-5017

Fidia Pharma USA Inc.
100 Campus Drive
Suite 105
Florham Park, NJ 07932


Flagship Cary, LLC
2701 Coltsgate Road, Suite 300
Charlotte, NC 28211


Fox Rothchild LLP
321 North Clark Street
Suite 800
Chicago, IL 60654


FOX8 WGHP
2005 Francis Street
High Point, NC 27263


FOX8 WGHP
PO BOX 417868
Boston, MA 02241-7868


Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952


G&B Law LLP
16000 Ventura Blvd Suite 1000
Encino, CA 91436-2730


GE Healthcare
P.O. BOX 640200
Pittsburgh, PA 15264-0200

Genzyme Corporation
450 Water Street
Cambridge, MA 02141


Gina Morales
8458 Loxton Circle
Charlotte, NC 28214


Golden Triangle #6-Avery, LLC
c/o Levine Properties
8514 McAlpine Park Drive, Suite 190
Charlotte, NC 28211


Google
1600 Amphitheatre Parkway
Mountain View, CA 94043


Griffin Communications LLC
dba KWTV-TV
7401 North Kelley Ave
Oklahoma City, OK 73111


Guadalupe Aceveo Tirado
15 Tucker Farm Cir
Angier, NC 27501


Harris Mink Farms
24790 Kenridge Road
Caldwell, ID 83607


Hawley Troxell Ennis & Hawley LLP
877 W. Main Street, 2nd Floor
Boise, ID 83702

Hawley Troxell Ennis & Hawley LLP
PO BOX 1617
Boise, ID 83701


Healthcare Realty
3310 West End Avenue Suite 700
Nashville, TN 37203


Healthfirst
11629 49th Pl W
Mukilteo, WA 98275


Heather Conard
7603 Taft Place
Indian Trail, NC 28079


Heba Atwy
15520 Baltinglass Court
Charlotte, NC 28273


Henry Schein
135 Duryea Road
Melville, NY 11747


Heskin Martinez Law Group
390 N Orange Ave Suite 1550
Orlando, FL 32801


Imperial
2020 North Mingo Road
Tulsa, OK 74116

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346


Iris Whalen
PO BOX 125
Artesia, CA 90702


Iron Mountain
2 Sun Court
Norcross, GA 30092


iScribeHealth
4322 Hardin Pike Suite 417
Nashville, TN 37205


J&J Health Care Systems, Inc
5972 Collections Center Dr
Chicago, IL 60693


J&J Healthcare Systems, Inc
5972 Collections Center Dr
Chicago, IL 60693


Jennifer Charles
8 Foxfire Court
Greensboro, NC 27410


Jennifer Gosha Daniels
2521 Sandy Ridge Road
High Point, NC 27265

K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222


K&L Gates LLP
P.O. BOX 844255
Boston, MA 02284-4255


KOCO
1300 East Britton Road
Oklahoma City, OK 73131


LA Arena Funding, LLC
111 South Figueroa Street
Suite 3100
Los Angeles, CA 90015


Lincoln National Life Insurance Co.
PO BOX 0821
Carol Stream, IL 60132-0821


Los Angeles Attorney's Office
200 N Main Street
Suite 920
Los Angeles, CA 90012


Los Angeles County Treasurer
and Tax Collector
500 W Temple St
Los Angeles, CA 90012


Lynne A Ridgel
965 North 16th East
Mountain Home, ID 83647

Maple One Partners, LLC
c/o Samet Properties, LLC
309 Gallimore Dairy Road, Suite 102
Greensboro, NC 27409


Mayflower Transit, LLC
22262 Network Place
Chicago, IL 60673-1222


McGuire Woods LLP
77 W. Wacker Dr.
Ste. 4100
Chicago, IL 60601


McKesson
6555 State Hwy 161
Irving, TX 75039


Mecklenburg County Tax Collector
3205 Freedom Dr Suite 3000
Charlotte, NC 28208


Melissa McKenna
1122 Medlin Road
Durham, NC 27707


Michael Biddinger Real Estate
12020 North Pennsylvania Ave
Oklahoma City, OK 73120


MSKUS
1035 E Vista Way #128
Vista, CA 92084

NC Radiation Protection Section
1645 Mail Service Center
Raleigh, NC 27699


News & Record
511 Broad Street
South Boston, VA 24592


News & Record
PO BOX 26983
Richmond, VA 23261-6983


Office of the United States Trustee
915 Wilshire Blvd Suite 1850
Los Angeles, CA 90017


OG&E
PO BOX 321
Oklahoma City, OK 73101-0321


OPUM US Inc
1160 Battery Street East
Suite 100-#1066
San Francisco, CA 94111


Organogenesis, Inc.
85 Dan Road
Canton, MA 02021


Outfront Media
185 US Highway 46
Fairfield, NJ 07004

Outfront Media
c/o Szabo Associates Inc
3355 Lenox Road NE Suite 945
Atlanta, GA 30326


Pac Western Financial LLC
222 S Main Street 5th Floor
Salt Lake City, UT 84101


Packard Commercial LLC
1526 S. Broadway
Los Angeles, CA 90015


Paul Mogannam
1000 S. Westgate Avenue #201
Los Angeles, CA 90049


Pepper Hamilton LLP
Hercules Plaza Suite 5100
1313 Market St PO BOX 1709
Wilmington, DE 19899-1709


Radiation Detection Company
3527 Snead Drive
Georgetown, TX 78626


Rene L McClanahan
1026 E Woodcrest Dr
Raleigh, NC 27603


Rubik Shared Services
122 Mandakini Enclave
Alakanda, New Delhi 110019, India

Sallie Young
646 4th Street Northeast
Hickory, NC 28601


Sandy Springs Gateway Owner LLC
PO BOX 392643
Pittsburgh, PA 15251


Sandy Springs Gateway Owner, LLC
800 Vanderbilt Beach Road
Naples, FL 34108


Sanofi US
55 Corporate Drive
Bridgewater, NJ 08807


Sean Whalen
PO BOX 125
Artesia, CA 90702


Sejal Mankad
1937 Custom Lane
Apex, NC 27502


Shannon E Boyd
8132 Green Lantern St
Raleigh, NC 27613


Shred Ace, Inc
1500 E Club Blvd
Durham, NC 27704

Smart Business System
4807 Melrose Ave
Los Angeles, CA 90029


Smith Anderson Blount Dorsett
Mitchell & Jernigan LLP
150 Fayetteville Street Suite 2300
Raleigh, NC 27601-1395


Spectrotel
PO BOX 1949
Newark, NJ 07101-1949


Spectrum Enterprise
1900 Blue Crest Ln
San Antonio, TX 78247


Staples Advantage
Dept LA
PO Box 83689
Chicago, IL 60696-3689


Tate Marihew
166 True Blue Drive
Broadway, NC 27505


The Charlotte Observer
9140 Research Drive
Charlotte, NC 28262


The Doctors Company
185 Greenwood Road
Napa, CA 94558-0030

The News & Observer
421 Fayetteville Street Suite 104
Raleigh, NC 27601


The News & Observer
215 S. McDowell St
Raleigh, NC 27601


Thomas M Howard
2754 Lake Waccamaw Trl
Apex, NC 27502


Thomas O'Farrell
133 Cypress Landing Drive
Mooresville, NC 28117


UMZUZU
6750 W 75th Street Ste 3B
Overland Park, KS 66204


United Healthcare
Attn: UHC/CDM
185 Asylum Street
Hartford, CT 06103


WAGA
New World Communications of Atlanta
PO BOX 100610
Atlanta, GA 30384-0610


WAGA Fox 5 Atlanta
1551 Briarcliff Road NE
Atlanta, GA 30306

WAGA Television
c/o Szabo Associates Inc
3355 Lenox Road NE Suite 945
Atlanta, GA 30326


Waynetta Knight
1130 Waterlyn Dr
Greensboro, NC 27405


Wcnc-Tv, Inc.
1001 Woodrdg Ctr Dr
Charlotte, NC 28217


WCNC/WFMY
c/o CCR
20 Broad Hollow Road Suite 1002
Melville, NY 11747


Wendy Hare
2411 Quaker Landing Road
Greensboro, NC 27455


WGCL TV
425 14th Street NW
Atlanta, GA 30318


WGCL TV
c/o Szabo Associates Inc
3355 Lenox Road NE Suite 945
Atlanta, GA 30326


White and Williams LLP
One Liberty Place
1650 Market Street Suite 1800
Philadelphia, PA 19103-7395

WNCN
33096 Collections Center Drive
Chicago, IL 60693

WNCN CBS 17
1205 Front Street
Raleigh, NC 27609

WRAL-FM
3100 Highwoods Blvd Suite 140
Raleigh, NC 27604

WRAL-FM
c/o Szabo Associates Inc
3355 Lenox Road NE Suite 945
Atlanta, GA 30326

WSB-TV
1601 West Peachtree Street NE
Atlanta, GA 30309

WSB-TV
Cox Enterprises, Inc.
PO BOX 809036
Chicago, IL 60680-9036

WSOC-TV
235 W 23rd Street
Charlotte, NC 28206

WSOC-TV
PO BOX 34665
Charlotte, NC 28234

Yaoshan Vivian Lung
11514 215th St Unit 3
Lakewood, CA 90715


Yi Pei Lu
18821 Carreta Dr
Rowland Heights, CA 91748